UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 5:21-cv-01602-SB-KK | Date: | March 22, 2022 |
|---|---|---|---|

| Title: | *Ramon Rodriguez et al v. Praxair Distribution, Inc.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER TO SHOW CAUSE RE: SANCTIONS

The Case Management Order (CMO) for this action, entered on November 1, 2021, set a post-settlement status conference for March 25, 2022 and required that the parties file a joint status report by March 18, 2022. Dkt. No. 17. On December 15, 2021, the parties filed a joint stipulation to continue the dates in the CMO by several months on the grounds that they were engaged in settlement discussions and had agreed to attend a mediation session with Nikki Tolt on February 10, 2022. Dkt. No. 18. The Court denied the stipulation because the CMO states that dates in the CMO "will not be continued absent a timely showing of good cause," and engaging in settlement discussions is not good cause for a continuance. Dkt. No. 19.

There has been no activity in this case since the Court denied the parties' stipulation. The parties failed to timely file their joint status report by March 18, 2022, and have yet to do so. Accordingly, it is hereby **ORDERED** that the parties are to **show cause** why they and/or their counsel should not be sanctioned, including dismissal of this action for failure to prosecute and monetary sanctions, for failure to comply with the CMO or otherwise participate in this action. The

hearing on the OSC will take place on **March 29, 2022** at **9:00 a.m.** The post-settlement status conference currently set for March 25, 2022 is hereby **continued** until **March 29, 2022** at **9:00 a.m.**

 **IT IS SO ORDERED**.